SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| HAROLD NICE,<br><br>                Plaintiff,<br><br>vs.<br><br>CITY OF SEATTLE, and LINCOLN TOWING ENTERPRISES, INC.,<br><br>                Defendant(s). | No. 25-2-24935-2 SEA<br><br>AMENDED COMPLAINT AND JURY DEMAND |

The Plaintiff, Harold Nice, by and through his attorney of record, allege as follows:

## I.  INTRODUCTION

1. This suit involves the seizure of a houseless person's vehicle, and the impoundment of that vehicle as punishment for a parking infraction. During the impoundment, the plaintiff explained to the impounding officer that he had complied with the City's 72-hour parking rules, and, in the alternative, requested an opportunity to move the vehicle to avoid impound. The officer refused and impounded the vehicle. Following impoundment, the plaintiff requested a vehicle impound hearing, and the court concluded that the impoundment of plaintiff's vehicle was unlawful. However, the vehicle, which included several critical tools that plaintiff needs for

COMPLAINT AND JURY DEMAND - 1 -

Northwest Justice Project
401 Second Avenue S, Suite 407
Seattle, Washington 98104
Phone: (206) 464-1519  Fax: (206) 299-3123

work, was sold at auction by the impound lot.

## II. PARTIES

2. Harold Nice is a resident of King County, Washington.

3. The City of Seattle is a municipality and a political subdivision of the State of Washington.

4. Lincoln Towing Enterprises, Inc. (hereafter "Lincoln"), a for-profit corporation, has its principal place of business in Washington State in Seattle, contracts with the City of Seattle to provide vehicle towing services, and is an agent of the City of Seattle. *Stypmann v. City & Cnty. of San Francisco*, 557 F.2d 1338, 1341-42 (9th Cir. 1977)

## III. JURISDICTION AND VENUE

5. This Court has jurisdiction over the subject matter.

6. This claim arose in King County, Washington.

7. The Defendant City is located entirely within King County, Washington.

8. The Defendant Lincoln is located and does business within King County, Washington.

9. Venue properly lies within the Superior Court of King County, Washington.

## IV. OPERATIVE FACTS

10. In November 2022, Harold Nice was living in the City of Seattle.

11. At that time, Nice was unemployed, and his primary income was needs-based SSI. Nice also worked sporadically as a handyman and stored his tools in the vehicle that was impounded and subsequently towed.

12. Nice was also the primary guardian and provider for his two sons who were living with him at the time. Both sons have mental disabilities that require additional attention and care.

13. On November 18, 2022, Mr. Nice's vehicle, a Ford E-350 with a license plate number of 63595CV, was parked on 42nd Ave S, between S Sullivan St and S Thistle Street.

14. The City of Seattle provided Mr. Nice notice that his vehicle needed to be moved

COMPLAINT AND JURY DEMAND - 2 -

Northwest Justice Project
401 Second Avenue S, Suite 407
Seattle, Washington 98104
Phone: (206) 464-1519  Fax: (206) 299-3123

1  pursuant to Seattle Municipal Code 11.72.440, commonly referred to as the 72-hour rule.

2  15. Mr. Nice was familiar with the 72-hour rule and had moved his vehicle several times to
3  comply with the statute at the request of police officers.

4  16. After receiving notice on November 18, 2022, Mr. Nice similarly moved the vehicle one
5  block over on 42nd Ave S between S. Sullivan Street and S. Cloverdale Street.

6  17. On November 22, 2022, the Seattle Police Department impounded Mr. Nice's vehicle,
7  finding that he was in violation of the City of Seattle's 72-hour rule, despite his having moved
8  his vehicle.

9  18. Mr. Nice requested that the officer simply allow him to drive his car away, which was
10 fully operable. However, the officer informed him that this was not an option and did not provide
11 Mr. Nice with an opportunity to move the vehicle or otherwise entertain reasonable alternatives
12 to impoundment.

13 19. Mr. Nice requested and was granted an impound hearing.

14 20. At the impound hearing, Case #204071503, the Seattle Municipal Court determined that
15 Mr. Nice had moved his vehicle one-block over and therefore had complied with the City's 72-
16 hour rule. Therefore, the impoundment of Mr. Nice's vehicle was unlawful and the City of
17 Seattle through its agent, Lincoln Towing, was directed to release the vehicle to Mr. Nice
18 without payment of impound or storage costs.

19 21. On the same day as Mr. Nice's hearing in Seattle Municipal Court, Lincoln Towing held
20 a vehicle auction and sold Mr. Nice's vehicle.

21 22. Nice kept several possessions inside his vehicle, including several tools he had acquired
22 while working as a vehicle mechanic and handyman. Nice had also installed a new diesel motor
23 in the Ford E-350 in 2009. All of these items, including his vehicle, were lost as a result of the
24

impoundment and subsequent sale of Mr. Nice's vehicle.

## V.     CAUSES OF ACTION

### A.  First Cause of Action: Deprivation of Federal Constitutional Right to be free from unreasonable seizures (42 U.S.C. § 1983)
### (All Defendants)

23. Plaintiff reassert and re-alleges the allegations set forth above.

24. Plaintiff had a right to be free of unreasonable seizure of his vehicle and other personal property.

25. Defendants violated Plaintiff's Fourth Amendment rights when they denied Mr. Nice's requests to stop the tow of his vehicle and towed, impounded, and sold Mr. Nice's vehicle without a warrant and when these actions were not guided by standardized criteria and were not justified by a legitimate community-caretaking rationale.

26. Because there was no objectively reasonable basis to seize his vehicle and it has been determined that the impoundment of Plaintiff's vehicle was unlawful, Defendants deprived Plaintiff of his Fourth Amendment right to be free from unreasonable seizures by seizing his vehicle and the personal belongings within it.

27. Defendant Lincoln Towing acted under color of state law when it towed and sold Mr. Nice's vehicle.

28. Defendant City of Seattle is liable as principal for the acts of its agent Lincoln Towing.

29. The Defendants' actions deprived Plaintiff of rights, privileges, or immunities secured to him by the United States Constitution and statutes or regulations in violation of 42 U.S.C. § 1983.

30. Plaintiff was harmed as a result of Defendants' actions and are entitled to equitable relief

and damages from Defendants.

### B. Second Cause of Action: Conversion
### (All Defendants)

31. Plaintiff re-asserts and re-alleges the allegations set forth above.

32. Mr. Nice was the legal owner of the vehicle, and the owner of the personal property located within his vehicle.

33. Defendants committed the tort of conversion by unjustifiably and willfully interfering with Plaintiff's possession of his property on two occasions. See, e.g. *Potter v. Washington State Patrol*, 165 Wn.2d 67, 196 P.3d 691 (2008). Defendants first committed conversion when they unlawfully impounded his vehicle. Defendants then committed conversion again when Lincoln sold Nice's vehicle at public auction.

34. Defendants also committed the tort of conversion when they seized and destroyed or sold the personal property inside the vehicle.

35. Defendants' actions have harmed Plaintiff by permanently depriving him of the use and possession of his property.

### VI. JURY DEMAND

Plaintiff demands a jury of twelve.

### VII. TORT CLAIM

Plaintiff filed a tort claim with the City of Seattle and waited 60 days as required pursuant to RCW 4.96.020(4). Mr. Nice provided a settlement offer to the City of Seattle, but the City of Seattle rejected Mr. Nice's settlement offer and offered a lower amount that Mr. Nice did not

COMPLAINT AND JURY DEMAND - 5 -

Northwest Justice Project
401 Second Avenue S, Suite 407
Seattle, Washington 98104
Phone: (206) 464-1519  Fax: (206) 299-3123

accept. The City of Seattle denied Plaintiff's tort claim.

## VIII.   RELIEF REQUESTED

Plaintiff hereby requests that the Court grant the following relief:

1. Judgment against the City of Seattle and Lincoln Towing Enterprises, Inc. for general damages and special damages in amounts to be provided at trial.

2. Punitive damages in an amount to be determined by the jury at trial.

3. That plaintiff be awarded his costs and attorneys' fees as provided for by 42 U.S.C. § 1988 for violation of his constitutional rights.

4. That the Court grant such other relief as may be just and equitable.

DATED this 24th day of September, 2025.

NORTHWEST JUSTICE PROJECT

s/Fadi. M. Assaf
Fadi M. Assaf, WSBA #53687
Attorney for Plaintiff Harold Nice
401 - 2nd Avenue S., Suite 407
Seattle WA 98104
Email:   fadi.assaf@nwjustice.org
Phone:  206.707.0852
Fax:      206.624.7501

COMPLAINT AND JURY DEMAND - 6 -

Northwest Justice Project
401 Second Avenue S, Suite 407
Seattle, Washington 98104
Phone: (206) 464-1519  Fax: (206) 299-3123

# EXHIBIT A

TOW / IMPOUND AND INVENTORY RECORD

# UNIFORM WASHINGTON STATE
## TOW / IMPOUND AND INVENTORY RECORD

**CASE / EVIDENCE NUMBER:** [illegible] 499

**CHECK ALL THAT APPLY:**
- [ ] NON-IMPOUND / DRIVER'S REQUEST TOW
- [ ] EVIDENCE
- [ ] SEIZED UNDER RCW 69.50.505
- [x] IMPOUND ONLY
- [ ] DUI/PC IMPOUND WITH 12 HOUR HOLD
- [ ] DWLS IMPOUND WITH ___ DAY HOLD
  - [ ] INFORMATIONAL COPY GIVEN TO SUSPENDED DRIVER.
  - [ ] REGISTERED OWNER MAY REDEEM ___
  - [ ] DRIVER IS DWLS AND IS THE REGISTERED OWNER. DRIVER MUST PROVIDE DOCUMENTATION FROM THE COURT OR THE IMPOUNDING AGENCY SHOWING FINES OR PENALTIES HAVE BEEN PAID.
- [ ] IMPOUND WITH PROSTITUTION HOLD (RCW 9A.88.140)

### VEHICLE INFORMATION
- VIN: 
- LICENSE: 635956V
- STATE: WA
- YEAR: 
- MAKE: FORD
- MODEL: 
- [ ] Report of Sale
- MILEAGE: [ ] Digital
- STYLE: VAN
- COLOR: MULTI

### DRIVER
- NAME (LAST, FIRST, MI):
- STREET ADDRESS:
- CITY, STATE, ZIP CODE:
- PHONE:
- DOB:

### REGISTERED OWNER
- NAME (LAST, FIRST, MI):
- STREET ADDRESS:
- CITY, STATE, ZIP CODE:
- PHONE:

### LEGAL OWNER
- NAME (LAST, FIRST, MI):
- STREET ADDRESS:
- CITY, STATE, ZIP CODE:
- PHONE:

### AUTHORIZATION AND RECEIPT

ON ___ (DATE) AT ___ (24 HOURS) PURSUANT TO RCW 46.55.085, 46.55.113, OR 9A.88.140, OFFICER ___ (NAME/BADGE NO.) 73308-D2

AUTHORIZED **EASY TOWING** (TOWING FIRM) ___ (DOL TRUCK NO.)

DRIVEN BY **DSINGH** (DRIVER'S PRINTED FIRST AND LAST NAME) TO REMOVE THIS VEHICLE FROM ___ (LOCATION)

THE ITEMS IN THE DESCRIBED VEHICLE WERE PERSONALLY INVENTORIED BY OFFICER ___ (NAME/BADGE NO.)

### EQUIPMENT
- [ ] [ ] KEYS
- [ ] LOCKED TRUNK
- [ ] LOCKED GLOVE BOX
- [ ] LOCKED CENTER CONSOLE
- [ ] AUTO STEREO
- [ ] GPS
- [ ] RADAR/LIDAR DETECTOR
- [ ] IGNITION INTERLOCK DEVICE
- [ ] OTHER ___

### DAMAGE (SHADE DAMAGED AREA)
- [ ] FRONT
- [ ] R FRONT
- [ ] R SIDE
- [ ] R REAR
- [ ] L FRONT
- [ ] L SIDE
- [ ] L REAR
- [ ] REAR
- [ ] TOP
- [ ] UNDERCARRIAGE
- [ ] OTHER ___

### EVIDENCE (DRIVER'S SIDE)

### EVIDENCE (PASSENGER'S SIDE)

### INVENTORY

### NARRATIVE OR DIAGRAM
(List reason(s) for impound.)

72 HOURS

SMC 11.72.440

- [ ] A COPY OF THIS TOW/IMPOUND REPORT WAS PROVIDED TO THE TOWING FIRM'S OPERATOR WHO TOOK POSSESSION OF THE VEHICLE:
  - [ ] BY THE OFFICER LISTED BELOW.
  - [ ] BY OFFICER
- [ ] A COPY OF THIS TOW/IMPOUND REPORT AND INFORMATION FOR DRIVERS TO REDEEM IMPOUNDED VEHICLE WAS PROVIDED TO THE DRIVER OF THIS VEHICLE:
  - [ ] BY THE OFFICER LISTED BELOW.
  - [ ] BY OFFICER
- [ ] THE VEHICLE WAS ABANDONED – A COPY OF THE TOW/IMPOUND REPORT WAS LEFT WITH THE VEHICLE.

I CERTIFY (DECLARE) UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREMENTIONED IS TRUE AND CORRECT.

OFFICER'S SIGNATURE X ___ COUNTY, WA: KING  BADGE NO.: ___  AGENCY: SPD

3000-110-076 (R 7/21)

**DRIVER**

# EXHIBIT B

VEHICLE IMPOUND HEARING

VEHICLE RELEASE FORM

# THE MUNICIPAL COURT OF SEATTLE

## VEHICLE IMPOUND HEARING - VEHICLE RELEASE FORM

CITATION NO. 733746499    INFRACTION CODE 11.72.440

DEFENDANT'S NAME Harold Henry Nice    DOB 5/8/1958

ADDRESS 2216 E. Fir St.

CITY Seattle    STATE WA    ZIP 98122

VEHICLE LICENSE # 63595CV    STATE WA

VEHICLE MAKE: Ford    YEAR: 1984    STYLE: E-350

REGISTERED OWNER: Harold Henry Nice

IMPOUND DATE: 11/22/2022    TOW COMPANY: Lincoln

### FINDINGS

The infraction (if any) was:    COMMITTED _____    NOT COMMITTED _____

The scofflaw status of the vehicle is:    UPHELD _____    DENIED _____

The impound of the vehicle was:    PROPER _____    IMPROPER ✓

The Defendant: _____ IS IN A STATE OF EXTREME FINANCIAL NEED, BASED UPON A REVIEW OF HIS/HER CURRENT INCOME, ASSETS AND LIABILITIES.

The Defendant: _____ CAN EFFECTIVELY GUARANTEE PAYMENT BY EXECUTING A PROMISSORY NOTE FOR THE TOTAL AMOUNT OWED, INCLUDING ALL RELEVANT FINES, FEES, AND COSTS, PLUS INTEREST.

### IMPOUND VEHICLE RELEASE ORDER

_____ [SCOFFLAW] RELEASE vehicle upon confirmation that the Defendant either paid all costs, fines, fees, and penalties owed to the Court and its collection agency, as well as the immobilization release fee and costs of impound and storage, and/or upon confirmation that the Defendant signed a promissory note, payable to Seattle Municipal Court/City of Seattle, for some or all of the afore-mentioned amounts.

_____ RELEASE vehicle upon payment to the towing company of impound and storage fees of _____

_____ RELEASE vehicle upon confirmation that the Defendant signed a promissory note, payable to Seattle Municipal Court, in the amount of $_____, plus interest.

✓ RELEASE vehicle to the Defendant at no charge to the Defendant.

**THE VEHICLE MUST BE CLAIMED FROM THE TOWING COMPANY BY MIDNIGHT OF THE DATE OF THIS ORDER. DEFENDANT MUST PAY ANY ADDITIONAL STORAGE CHARGES THAT ACCRUE AFTER MIDNIGHT.**

12/14/22
Date                                Judge/Magistrate

710-013    VehicleImpoundHearing–VehicleRelease    January 2012    Distribution: white – Court, canary – Defendant, pink – LC

CERTIFICATE OF MAILING

I Bill Han declare on September 24, 2025, I sent by USPS First Class mail a copy of AMENDED COMPLAINT AND JURY DEMAND TO

Easy Towing LLC
Law office of Daniel P. Mallove, PLLC
2003 Western Ave Suite 400
Seattle, WA 98121

Lincoln towing Enterprises, Inc.
Law office of Daniel P. Mallove, PLLC
2003 Western Ave Suite 400
Seattle, WA 98121

City of Seattle
Jessica Leiser
701 5th Ave Suite 2050
Seattle, WA 98104

I declare under penalty of perjury under the law of the state of Washington that the foregoing is true and correct.

DATED this 24th day of September, 2025.

NORTHWEST JUSTICE PROJECT

DocuSigned by:
*Bill Han*
055214042E0B40C...
Bill Han
401 - 2nd Avenue S., Suite 407
Seattle WA 98104
Email:   bill.han@nwjustice.org