UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

HAROLD NICE,

               Plaintiff(s),

vs.

CITY OF SEATTLE; LINCOLN TOWING ENTERPRISES, INC.,

               Defendant(s).

Case No. 2:25-cv-01878-TL

Hon. Tana Lin

[~~PROPOSED~~] ORDER GRANTING LEAVE TO AMEND COMPLAINT

    Based on the foregoing stipulation and good cause shown, IT IS HEREBY ORDERED that:

    1.    Plaintiff's motion for leave to amend complaint is granted.

    2.    The Second Amended Complaint attached as Exhibit A to the parties' stipulation is deemed filed as of the date of this Order.

    3.    Defendant shall respond to the Amended Complaint in accordance with Federal

[~~PROPOSED~~] ORDER GRANTING LEAVE TO AMEND (2:25-CV-01878-TL)

- 1 -

Northwest Justice Project
401 Second Avenue S, Suite 407
Seattle, Washington 98104
Phone: (206) 464-1519  Fax: (206) 299-3123

Rule of Civil Procedure 15(a)(3).

DATED this 9th day of October, 2025.

_____
Hon. Tana Lin
United States District Judge

Presented by:

*/s/Fadi. M. Assaf*
Fadi M. Assaf, WSBA #53687
Attorney for Plaintiff Harold Nice
401 - 2nd Avenue S., Suite 407
Seattle WA 98104
Email:   fadi.assaf@nwjustice.org
Phone:  206.707.0852
Fax:     206.299.3123

[PROPOSED] ORDER
GRANTING LEAVE TO AMEND
(2:25-CV-01878-TL)

- 2 -

**Northwest Justice Project**
401 Second Avenue S, Suite 407
Seattle, Washington 98104
Phone: (206) 464-1519  Fax: (206) 299-3123